AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) |
|---|---|
| v. | ) |
| Kassius Orlando Benson | ) |
| | ) Case No. CR 23-36 JRT/JFD |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

**RECEIVED FEB 16 2023**
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Pretrial Violation Petition  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition
[ ] Violation Notice  [ ] Order of Court

| Place: Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street St. Paul, MN 55101 | Courtroom No.: 3C |
|---|---|
| | Before: Mag. Judge Elizabeth C. Wright |
| | Date and Time: Friday, 2/24/23 at 1:30 p.m. |

This offense is briefly described as follows:

Counts 1-14: Failing to Account for and Pay Over Employment Taxes, 26:7202; Counts 15-17: Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Tax Returns, Statements, or Other Documents, 26:7206(2).

Date: 02/10/2023

*Issuing officer's signature*
Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

[✓] Executed and returned this summons  [ ] Returned this summons unexecuted

Date: 2/13/23

*Server's signature*

Michael Gorga
*Printed name and title*

SCANNED FEB 16 2023
U.S. DISTRICT COURT MPLS