# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE:   JOHN F. DOCHERTY |
| | U.S. Magistrate Judge |
| v. | |
| Kassius Orlando Benson, | Case No:        23-cr-36 (JRT/JFD) |
| | Date:             March 14, 2023 |
| Defendant. | Courthouse:   St. Paul |
| | Courtroom:    6A |
| | Time Commenced:   3:14 p.m. |
| | Time Concluded:    3:23 p.m. |
| | Time in Court:       9 minutes |

APPEARANCES:

  Plaintiff: Christopher Lin/Matthew J. Kluge, DOJ Tax Division
  Defendant:  Kassius Benson (self-representation for purposes of this hearing)


X Kassius Benson appeared without counsel at today's hearing. Mr. Benson explained to the court the process to obtain counsel is still ongoing.

X The Judge directed Mr. Benson to obtain counsel by the arraignment hearing that has been continued to Tuesday, March 21, 2023 at 3:30 p.m. in St. Paul CR 6A before Magistrate Judge John F. Docherty.

If Mr. Benson does not have retained counsel by that date, Judge Docherty will conduct a financial inquiry of Mr. Benson. Depending on the results of that inquiry, Judge Docherty may appoint the Office of the Federal Defender to represent Mr. Benson.

*s/nah*
Signature of Courtroom Deputy
