UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States,

    Plaintiff

v.

Kassius O. Benson,

    Defendant

**NOTICE OF APPEARANCE**

Case No: 23-CR-36]

The undersigned attorney hereby notifies the Court and counsel that Daniel S. Adkins, Esq., shall appear as counsel of record for Kassius O. Benson, the Defendant in the above-referenced case.

Dated: March 20, 2023

Daniel S. Adkins, Esq. (#0266085)
North Star Criminal Defense ]
413 Wacouta Street, Suite 550
St. Paul MN 55101
(651) 330-9678
dan@northstarcriminaldefense.com