UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> vs. <br> **KASSIUS ORLANDO BENSON,** <br> Defendant. | ) DEFENDANT'S SPEEDY TRIAL <br> ) WAIVER & STATEMENT OF REASONS <br> ) IN SUPPORT OF MOTION TO <br> ) CONTINUE <br><br> Court File No.: 23-CR-36 (JRT/JFD) |

### DEFENDANT'S AFFIDAVIT & WAIVER OF SPEEDY TRIAL RIGHTS AND STATEMENT OF REASONS IN SUPPORT OF MOTION TO CONTINUE

I, Kassius Benson, defendant in the above-captioned case, through counsel, have filed a motion to continue and extend deadlines in relation to the above-captioned case. Specifically, the Defense moved to continue the trial date from November 6, 2023 to a date convenient to the court during the week of December 4 or December 11, 2023 depending on the availability of the Court, and to continue the remaining dates in the Third Amended Scheduling Order for forty-five (45) days each except for Jury Voir Dire, which should be set for one week prior to Trial. The motion was filed to allow time for my counsel to continue discussions with the government regarding potential resolution of the case and to continue reviewing the voluminous discovery provided by the Government. With full understanding of the necessities of the motion, I hereby freely, voluntarily, and knowingly consent to waive the right to a speedy trial under the 6th Amendment of the United States and the Speedy Trial Act, 18 U.S.C. §3161, et. seq. as it applies to the setting of the above dates or any other dates consistent with the motion to extend time. I, specifically, waive this right under the Speedy Trial as it relates to the re-setting of the motion hearing date and the Jury Trial date.

I have been advised or, and understand, my rights under the Speedy Trial right. I understand that any delay resulting from the granting of this motion to continue

deadlines, motion hearing date, and trial date, is not counted towards the time limitations set forth in the Speedy Trial Act.

I have discussed this matter with my counsel extensively, and I have had all questions answered concerning the motion to continue and extend deadlines and court dates as well as this Waiver of my rights under the speedy trial act.

**I state, swear, and affirm, <u>under the penalties of perjury,</u> that the foregoing is true and correct.**

Dated: Aug. 18, 2023

Kassius Benson