# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 23-36 (JRT/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| KASSIUS ORLANDO BENSON, | |
| Defendant. | |

---

Christopher Lin, Matthew Kluge, **DEPARTMENT OF JUSTICE** – Tax, 150 M Street NE, Washington, DC 20002, for plaintiff.

Andrew T. Wise, **MILLER & CHEVALIER CHTD,** 900 Sixteenth St. NW, Washington, DC 20006, Daniel Spivey Adkins, **NORTH STAR LAW GROUP,** 413 North Wacouta Street, Suite #500, Saint Paul, MN 55101, Edward Ungvarsky **UNGVARSKY LAW, PLLC,** 421 King Street, Suite 505, Alexandria, VA 22314, for defendant.

Defendant filed a Motion to Vacate Trial Date, Motions Date, and Pretrial Deadlines and Convert Trial Date to a Status Date. (ECF No. 39) Based on all the records, files, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1) The Motion to Vacate Trial Date, Motions Date, and Pretrial Deadlines and Convert Trial Date to a Status Date (ECF No. 39) is **GRANTED**;

2) The trial date and all associated deadlines are vacated and a status conference is scheduled on December 4, 2023 at 10:00 a.m. in courtroom 14E. The time from the date of this order through December 4, 2023 shall be excluded in computing the time within which the trial in this matter must commence under the Speedy

Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The ends of justice will be served by continuing the trial date. This finding is based upon the Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing.

DATED: October 16, 2023  
at Minneapolis, Minnesota

                                                       s/John R. Tunheim  
                                                    JOHN R. TUNHEIM  
                                         United States District Judge