UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-CR-36 (JRT/JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KASSIUS ORLANDO BENSON,

    Defendant.

**MOTION TO WITHDRAW GOVERNMENT'S MOTION FOR DISCOVERY (Dkt. No. 11)**

The United States of America hereby respectfully moves this Court for an Order withdrawing the Government's Motion for Discovery (Dkt. No. 11).

On October 9, 2023, the defendant filed an unopposed Motion seeking to vacate the trial date, motions date, and pretrial deadlines, and convert the trial date to a status date in anticipation of the defendant's change of plea (Dkt. No. 39). On October 16, 2023, the District Court granted the Motion (Dkt. No. 40).

On October 17, 2023, this Court directed the Government to withdraw its Motion for Discovery unless cause necessitates a written decision (Dkt. No. 42).

A decision on Government's Motion for Discovery is no longer needed because of the posture of this case and expected outcome. If circumstances change, the Government will resubmit its Motion for Discovery if the Court permits.

/ / /

/ / /

/ / /

Therefore, the Government respectfully requests this Court issue an Order withdrawing its Motion for Discovery (Dkt. No. 11).

Dated: October 20, 2023

Respectfully submitted,

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
U.S. Department of Justice Tax Division

*s/ Matthew J. Kluge*
Matthew J. Kluge
Bar Number (PA# 204285)
Attorney for the United States
Assistant Chief, Tax Division
150 M St. NE
Washington, D.C. 20002
Telephone: 202-305-3301
Matthew.J.Kluge@usdoj.gov

*s/ Christopher Lin*
Christopher Lin
Bar Number (NY# 5028618)
Attorney for the United States
Trial Attorney, Tax Division
150 M St. NE
Washington, D.C. 20002
Telephone: 202-514-2901
Christopher.E.Lin@usdoj.gov