UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-CR-36 (JRT/JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**[PROPOSED] ORDER**

KASSIUS ORLANDO BENSON,

    Defendant.

Based upon the motion of the United States of America (Dkt. No. 43), and all the files and proceedings herein, it is hereby ORDERED that the Motion for Discovery (Dkt. No. 11) is WITHDRAWN.

Dated: _____

JOHN F. DOCHERTY
United States Magistrate Judge