# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 23-36 (JRT/JFD) |
| KASSIUS ORLANDO BENSON, Defendant. | Date: December 4, 2023 |
| | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 10:09 a.m. |
| | Time Concluded: 10:45 a.m. |
| | Time in Court: 36 Minutes |

Before Judge John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Matthew Kluge, Christopher Lin
    For Defendant:    Andrew Wise, Edward Ungvarsky, Daniel Spivey Adkins  X Retained  ☐ Appointed

PROCEEDINGS:
    X **Change of Plea Hearing.**

    X PLEA:
        X Guilty as to Count(s): 10 of the indictment

    X    Presentence Investigation and Report requested.
    X    Bond continued.
    X    Sentencing is scheduled for April 23, 2024 at 10:00 a.m.

                                        s/Heather Arent
                                        Heather Arent, Courtroom Deputy
                                        For Judge John R. Tunheim