**EXHIBIT 1**



**Current Company:** Office of Kassius O Benson PA (switch)
**Payroll Tax Deposit Schedule:** Monthly (edit)

(?) HELP    LOGOUT

Dashboard | Paychecks | Pay Taxes | File Tax Forms | Company & Employee | My Account                Full Menu ≡

**Alerts**
Payroll Report is available for **Paycheck Protection Program (PPP)** loan application.    Payroll Report
Upgrade to **Managed Service** for automatic eFiling & ePayment.    Subscribe
Federal/State **W2** efiling is available for 2021.    E-File W2    Due: 01/31/2022
Federal **941 Q4** and **940** efiling is available for 2021.    E-File    Due: 01/31/2022
State form filing is available now.    PDF forms

TIPS

### Current Year - Paychecks / Total Earnings

| Period | Q1 | Q2 | Q3 | Q4 | Year |
|---|---|---|---|---|---|
| Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**CREATE CHECKS**    **VIEW / EDIT CHECKS**    **AUDIT PAYROLL**

**Payroll Tax Payments**



**Payroll Reports / Returns**



**EXHIBIT 2**



Current Company: Office of Kassius O Benson PA (switch)
Payroll Tax Deposit Schedule: Monthly (edit)

(?) HELP   LOGOUT

Dashboard | Paychecks | Pay Taxes | File Tax Forms | Company & Employee | My Account                Full Menu

# Tax Forms Summary

**Important Links:**  1. View e-File Status    2. Audit Payroll

**Tax Year:** 2018

## Federal Tax Forms

| Form Type | Period | Due Date | Report | Action | e-File Status |
|---|---|---|---|---|---|
| 941* | 2018/Q1 | 4/30/2018 | View Detail | Create Form / e-File | Not eFilled yet |
| 941* | 2018/Q2 | 7/31/2018 | View Detail | Create Form / e-File | Not eFilled yet |
| 941* | 2018/Q3 | 10/31/2018 | View Detail | Create Form / e-File | Not eFilled yet |
| 941* | 2018/Q4 | 1/31/2019 | View Detail | Create Form / e-File | Not eFilled yet |
| 940 | 2018 | 1/31/2019 | View Detail | Create Form / e-File | Not eFilled yet |
| W2 | 2018 | 1/31/2019 | View Detail | Create Form / e-File | FEDW2: **Approved**<br>MNW2: **Approved** |

\* You are required to file either form 941 (quarterly) or 944 (once a year), not both. Contact IRS for more information.
If you have been notified by the IRS to file Form 944, please check the box. ☐

## State Tax Forms

| Form Type | Period | Due Date | Report | Action | e-File Status |
|---|---|---|---|---|---|
| MNWorksheetA | 2018/Q1 | 4/30/2018 | View Detail | Create Form / e-File | PDF Only |

**EXHIBIT 3**



# Payroll Tax Deposit Summary

**Current Company:** Office of Kassius O Benson PA (switch)
**Payroll Tax Deposit Schedule:** Monthly

Dashboard | Paychecks | Pay Taxes | File Tax Forms | Company & Employee | My Account | Full Menu

Upgrade to **Managed Service** for automatic eFiling and ePayment to IRS. — Subscribe
Find **inconsistency** in your paychecks before tax payment. — Audit Payroll

## Search Paycheck Taxes

Tax Year: 2018     Tax Quarter: ____     [Search]

See More

## Taxes & Due Dates

| Due Date | Payment Period | Tax Type | Total Tax | Tax Details | Action | |
|---|---|---|---|---|---|---|
| 1/31/2019 | 2018Q4 | MN FMNUI | $20.54 | View Detail | | |
| 1/31/2019 | 2018Q4 | Federal F940 | $42.00 | View Detail | Make Payment | already paid? |
| 1/15/2019 | 2018Q4 | MN FMNWH | $5,868.00 | View Detail | | |
| 1/15/2019 | 2018Q4 | Federal F941 | $23,512.24 | View Detail | Make Payment | already paid? |
| 12/17/2018 | 2018Q4 | Federal F941 | $3,097.90 | View Detail | Make Payment | already paid? |
| 11/15/2018 | 2018Q4 | Federal F941 | $2,778.06 | View Detail | Make Payment | already paid? |
| 10/31/2018 | 2018Q3 | MN FMNUI | $6.24 | View Detail | | |
| 10/15/2018 | 2018Q3 | MN FMNWH | $1,752.00 | View Detail | | |
| 10/15/2018 | 2018Q3 | Federal F941 | $3,060.67 | View Detail | Make Payment | already paid? |
| 9/17/2018 | 2018Q3 | Federal F941 | $2,610.20 | View Detail | Make Payment | already paid? |
| 8/15/2018 | 2018Q3 | Federal F941 | $3,479.33 | View Detail | Make Payment | already paid? |
| 7/31/2018 | 2018Q2 | MN FMNUI | $9.32 | View Detail | | |
| 7/31/2018 | 2018Q2 | Federal F940 | $42.00 | View Detail | Make Payment | already paid? |
| 7/16/2018 | 2018Q2 | MN FMNWH | $1,589.00 | View Detail | | |
| 7/16/2018 | 2018Q2 | Federal F941 | $1,361.05 | View Detail | Make Payment | already paid? |
| 6/15/2018 | 2018Q2 | Federal F941 | $4,027.21 | View Detail | Make Payment | already paid? |
| 5/15/2018 | 2018Q2 | Federal F941 | $2,881.33 | View Detail | Make Payment | already paid? |
| 4/30/2018 | 2018Q1 | MN FMNUI | $11.85 | View Detail | | |
| 4/30/2018 | 2018Q1 | Federal F940 | $42.00 | View Detail | Make Payment | already paid? |
| 4/16/2018 | 2018Q1 | MN FMNWH | $1,569.00 | View Detail | | |
| 4/16/2018 | 2018Q1 | Federal F941 | $1,538.10 | View Detail | Make Payment | already paid? |
| 3/15/2018 | 2018Q1 | Federal F941 | $769.05 | View Detail | Make Payment | already paid? |
| 2/15/2018 | 2018Q1 | Federal F941 | $5,768.43 | View Detail | Make Payment | already paid? |

*** If you subscribe and use our EFTPS payment service ***

If you have edited, added or deleted previously saved checks, you may notice a difference between the "Total Tax" amount (liability) and the actual deposited amount (Accepted by IRS amount, e.g.) on the table above. This table shows the current tax liabilities based on all saved checks at this moment. Prior tax deposits were made based on saved paychecks at that moment. The amounts could be different if you made changes to saved checks. You can use "Manual Tax Payment" (in Full Menu) to make additional payments if necessary.

About Us | Contact | FAQ | Price
Copyright © 2022 C&S Technologies, Inc. All rights reserved.