UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA :

v. : **23-cr-36-JRT**

KASSIUS ORLANDO BENSON :

## DEFENDANT'S EXHIBITS TO RESPONSE TO GOVERNMENT'S SENTENCING POSITION

Exhibit A: PayPal Loan Documentation

Exhibit B: Government's Exhibit B Sentencing Table – Complete

# Benson Response – Exhibit A

Summary  Activity                Kassius
History  FAQs                    Benson

# Law Offices of Kassius O. Benson, P.A.

**6**
Loans completed

**$108,500.00**
Total borrowed

LOAN    23%     Day 2179

## Loan Details

**$42,783.18**
Outstanding balance

$12,969.82
Paid to date

**Make a Payment**

$47,000
Initial loan amount

$8,753
Loan fee

 **Download contract**

## How are we doing?

Your feedback is always appreciated.

**Take our satisfaction survey**

## Have Questions?

Call us and we'll be happy to help.

(877) 981-2163

9:00AM to 8:00PM Eastern Time
Monday – Friday

| Daily Activity | **90-Day Summary**  |

## Previous 90-day periods

> ⚠ The minimum due was not met in one or more previous 90-day periods. An outside collections agency may contact your business for payments.

| | | | |
|---|---|---|---|
| ⊖ | Apr 07 | 90-day period<br>Jan 9, 2024 — Apr 7, 2024 | -$0.00<br>Total paid ⌄ |
| ⊖ | Jan 08 | 90-day period<br>Oct 11, 2023 — Jan 8, 2024 | -$0.00<br>Total paid ⌄ |
| ⊖ | Oct 10 | 90-day period<br>Jul 13, 2023 — Oct 10, 2023 | -$0.00<br>Total paid ⌄ |
| ⊖ | Jul 12 | 90-day period<br>Apr 14, 2023 — Jul 12, 2023 | -$0.00<br>Total paid ⌄ |
| ⊖ | Apr 13 | 90-day period<br>Jan 14, 2023 — Apr 13, 2023 | -$0.00<br>Total paid ⌄ |

# Benson Response – Exhibit B

## Government's Exhibit B Table – Complete

| Case Name | Docket No. | Sentencing Date | Tax Loss[1] | Offense Level | USSG | Sentence |
|---|---|---|---|---|---|---|
| Annette Jones | 21-cr-181-SRN | 3/23/2022 | $408,193 | 15 | 18-24 months | 3 years' probation |
| Shimon Shaked | 20-cr-186-JRT | 3/11/2022 | $620,362 | 17 | 24-30 months | Year and a day, 1 year of supervised release |
| Gary Hedin | 19-cr-252-PJS | 2/20/2020 | $158,958 | 13 | 12-18 months | 3 years' probation |
| Nhia Vue | 18-cr-106-WMW | 11/28/2018 | $1,820,331 | 21 | 37-46 months | 38 months |
| Joseph McGlynn | 17-cr-197-ADM | 4/2/2018 | $159,157 | 17 (CH IV) | 37-46 months[2] | 30 months |
| David Ahern | 15-cr-248-02-DWF | 9/16/2016 | $166,569 | UNK | UNK | 3 years' probation |
| Kelly Jaedike | 15-cr-248-01-DWF | 9/20/2016 | $624,417 | 22 | 41-51 months | 24 months |
| Erick Okeson | 15-cr-74-DWF | 12/12/2015 | $89,460 | 12 | 10-16 months | 3 years' probation |
| Thurlee Belfrey | 14-cr-373-01-ADM | 2/8/2018 | $8,944,036 | 32 (CH III) | 151-180 months | 96 months |
| Roylee Belfrey | 13-cr-373-02-ADM | 2/8/2018 | $4,592,593 | 25 | 57-71 months | 60 months |
| Lanore Belfrey | 13-cr-373-03-ADM | 2/8/2018 | $402,158 | 18 | 27-33 months | 15 months |
| Michelle Uden | 14-cr-325-JNE | 1/8/2016 | $204,226 | 15 | 18-24 months | 3 years' probation |
| Barry Voss | 14-cr-103-RHK | 9/26/2014 | $159,857 | 13 | 12-18 months | 3 years' probation |
| Marlin Dahl | 13-cr-139-PAM | 4/25/2014 | $105,852 | 16 | 21-27 months | 12 months and a day |
| Daniel Musa | 13-cr-73-JRT | 4/22/2015 | $451,724 | 22 | 41-51 months | 41 months |

---

[1] The tax loss, offense level, and guideline are taken from publicly accessible information on ECF.
[2] In the plea agreement, the parties had estimated that the defendant was in Category II, which had a guidelines range of 30-37 months.

1

## Government's Exhibit B Table – Complete

| Mohamed Abdi | 12-cr-98-JRT | 4/4/2013 | $77,212 | 15 | 18-24 months | Time served (approx. 8 months, with 2 years' supervised release |
| Doris Ruiz | 11-cr-319-DWF | 7/20/2012 | $276,897 | 15 (CH III) | 24-30 months | year and a day, followed by 3 years' supervised release |
| Debra Quigley | 09-cr-369-ADM | 9/8/2010 | $539,261 | 17 | 24-30 months | 12 months and a day |
| Mark Fitzgerald | 09-cr-331 | 3/15/2010 | $365,912 | 17 | 24-30 months | 24 months |
| Timothy Beliveau | 09-cr-304-MJD | 11/11/2010 | $2,317,505 | 26 (CH II) | 70-87 | 87 months |
| Francis McLain | 08-cr-10-PJS | 11/1/2011 | $826,795 | 22 | 41-51 months | 55 months |
| Dana Orr | 06-cr-249-04-PJS | 11/26/2008 | UNK | 10 | 6-12 months | 60 days |
| Shawn Orr | 06-cr-249-03-PJS | 11/26/2008 | UNK | 10 (CH II) | 8-14 months | 4 months |
| Scott Goldsmith | 05-cr-206-PJM | 7/17/2006 | no less than $450,000 and potential greater than $550,000 | UNK | 51-63 months | 33 months |
| Chad Wetzel | 05-cr-09-DWF | 12/27/2006 | Total loss is greater than $800,000 | UNK | ~78-97 months | 72 months |

2