UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-CR-36 (JRT/JFD)

UNITED STATES OF AMERICA,

      Plaintiff,

v.     **AMENDMENT TO GOVERNMENT'S POSITION ON SENTENCING (Dkt. No. 56)**

KASSIUS ORLANDO BENSON,

      Defendant.

On March 13, 2024, the government filed its position on sentencing with this Court. Dkt. no. 56. In that document, the government cited *United States v. Soperla*, saying that "[e]traordinary justification" is needed for "a variance to zero prison time where the Sentencing Commission has found that substantial prison time is indicated." 494 F.3d 752, 755 (8th Cir. 2007). Defendant Benson correctly noted in his response to the government, dkt. no. 61, that the Supreme Court in *Gall v. United States*, rejected the need for a court to "require 'extraordinary' circumstances to justify a sentence outside the Guidelines range." 552 U.S. 38, 47 (2007). The government apologizes for the inclusion of *Soperla* and its reasoning in the position on sentencing. Further, although the government cited *United States v. Ture*, 450 F.3d 352 (8th Cir. 2006) and *United States v. Carlson*, 498 F.3d 761 (8th Cir. 2007) for the proposition that the Eighth Circuit found

/ / /

criminal tax violations to be serious criminal conduct, it was a mistake not to note that these two cases relied on the same language that *Gall* rejected.

Dated: May 6, 2024                                  Respectfully submitted,

                                                   STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
U.S. Department of Justice Tax Division

*s/ Matthew J. Kluge*
Matthew J. Kluge
Bar Number (PA# 204285)
Attorney for the United States
Assistant Chief, Tax Division
150 M St. NE
Washington, D.C. 20002
Telephone: 202-305-3301
Matthew.J.Kluge@usdoj.gov

*s/ Christopher Lin*
Christopher Lin
Bar Number (NY# 5028618)
Attorney for the United States
Trial Attorney, Tax Division
150 M St. NE
Washington, D.C. 20002
Telephone: 202-514-2901
Christopher.E.Lin@usdoj.gov