### IN THE UNITED STATE DISTRICT COURT
### DISTRICT OF MINNESOTA

### SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES-CRIMINAL** |
| Plaintiff, | Case No: CR23-36 (JRT/JFD) |
| | Date: May 8, 2024 |
| v. | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| Kassius Orlando Benson | Courtroom: 14E |
| | Time Commenced: 9:53 a.m. |
| Defendant. | Time Concluded: 11:19 A.m. |
| | Time in Court: 1 Hour & 26 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Christopher Lin/Matthew Kluge, Assistant U.S. Attorney
    For Defendant:    Edward Ungvarsky, Andrew Wise, Daniel Adkins

**X Sentencing.**

IT IS HEREBY ORDERED that:

Defendant is sentenced to: Probation 3 years

**X** Special conditions of :

    **See J&C for special conditions**

**X** Defendant sentenced to pay:

    X Restitution in the amount of $213,591.82.
    **X** Special assessment in the amount of $100.00 to be paid.

X Defendant released on conditions as set.
X On Motion of the Gov't., the counts 1-9 and 11-17 are dismissed.

Sealed Matters: Sentencing Documents (ECF Nos. 58, 62) shall remain sealed until 05/08/2034.

Documents sealed pursuant to LR 49.1(c)(2) will be unsealed when judgment is filed unless otherwise specified.

s/Heather Arent
Courtroom Deputy